**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

| | |
|---|---|
| TEDDY TWEED, ) | |
| ) | Case No. 2:20-cv-2 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying Order, this action is **DISMISSED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
  CLERK OF COURT